# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Maria and Wesley Cottrell**, | Bankruptcy No. 15-17742 |
| Debtors. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #30)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 2, 2017.

Dated: March 2, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Maria and Wesley Cottrell,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d. 773-877-3191
f. 815-846-8516
e. trustee@zanezielinski.com

# ECF SERVICE LIST

**Registrants**

(Service via ECF)

Thomas H Griseta, bharlow@wfactorlaw.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

David M Siegel on behalf of Debtor 1 Maria P. Cottrell
davidsiegellaw@hotmail.com,
davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com

David M Siegel on behalf of Debtor 2 Wesley Cottrell
davidsiegellaw@hotmail.com,
davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com

# MANUAL SERVICE LIST

| **VIA US Mail**<br>**Capital One Bank (Usa), N.A.**<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | **VIA US Mail**<br>**Capital Recovery V, Llc**<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 |
|---|---|
| **VIA US Mail**<br>**American Express Bank, Fsb**<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | **VIA US Mail**<br>**Maria and Wesley Cottrell**<br>3100 Meadowsedge Lane<br>Joliet, IL **60436** |
|  |  |
|  |  |
|  |  |