UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Maria P. Cottrell | § | Case No. 15-17742 |
| Wesley Cottrell | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 116,931.00 *(Without deducting any secured claims)* | Assets Exempt: 41,632.00 |
| Total Distributions to Claimants: 10,697.30 | Claims Discharged Without Payment: 158,477.00 |
| Total Expenses of Administration: 10,331.43 | |

3) Total gross receipts of $ 26,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,971.27 (see **Exhibit 2**), yielded net receipts of $ 21,028.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 144,376.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,331.43 | 10,331.43 | 10,331.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,345.00 | 10,652.26 | 10,652.26 | 10,697.30 |
| **TOTAL DISBURSEMENTS** | $ 168,721.00 | $ 20,983.69 | $ 20,983.69 | $ 21,028.73 |

4) This case was originally filed under chapter 7 on 05/20/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/15/2017             By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 26,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria P. Cottrell and Wesley Cottrell | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,971.27 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,971.27** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueGreen Vacation Club PO Box 105192 Atlanta, GA 30348 | | 8,105.00 | NA | NA | 0.00 |
| | Numark Credit Union 1654 Terry Drive Joliet, IL 60434 | | 5,687.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Numark Credit Union 1654 Terry Drive Joliet, IL 60434 | | 4,279.00 | NA | NA | 0.00 |
| | Numark Credit Union 1654 Terry Drive Joliet, IL 60434 | | 11,305.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage Bankruptcy Department PO Box 10368 Des Moines, IA 50306-0368 | | 115,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 144,376.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,852.87 | 2,852.87 | 2,852.87 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 15.05 | 15.05 | 15.05 |
| Associated Bank | 2600-000 | NA | 73.51 | 73.51 | 73.51 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 7,390.00 | 7,390.00 | 7,390.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 10,331.43** | **$ 10,331.43** | **$ 10,331.43** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Dept 5407 Andrew Highway Midland, TX 79706 | | 487.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Department CA6-919-0241, PO Box 5170 Simi Valley, CA 93062 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130-0285 | | 1,499.00 | NA | NA | 0.00 |
| | CB/Avenue PO Box 330066 NorthGlenn, CO 80233-8066 | | 188.00 | NA | NA | 0.00 |
| | CB/Pier 1 Imports PO Box 2984 Mission, KS 66201 | | 88.00 | NA | NA | 0.00 |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | 1,679.00 | NA | NA | 0.00 |
| | GECRB/JC Penneys PO Box 981402 El Paso, TX 79998 | | 25.00 | NA | NA | 0.00 |
| | GECRB/Old Navy PO Box 981400 C811 El Paso, TX 79998 | | 74.00 | NA | NA | 0.00 |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | 609.00 | NA | NA | 0.00 |
| | Quorum FCU 1 Corporate Drive, Ste. 360 Lake Zurich, IL 60047 | | 8,652.00 | NA | NA | 0.00 |
| 5 | American Express Bank, Fsb | 7100-000 | 827.00 | 964.89 | 964.89 | 964.89 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | 5,911.00 | 6,023.75 | 6,023.75 | 6,023.75 |
| 2 | Capital Recovery V, Llc | 7100-000 | 101.00 | 156.06 | 156.06 | 156.06 |
| 3 | Capital Recovery V, Llc | 7100-000 | 2,115.00 | 2,152.41 | 2,152.41 | 2,152.41 |
| 4 | Capital Recovery V, Llc | 7100-000 | 1,290.00 | 1,355.15 | 1,355.15 | 1,355.15 |
|  | American Express Bank, Fsb | 7990-000 | NA | NA | NA | 4.08 |
|  | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 25.47 |
|  | Capital Recovery V, Llc | 7990-000 | NA | NA | NA | 15.49 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 24,345.00 | $ 10,652.26 | $ 10,652.26 | $ 10,697.30 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-17742 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Maria P. Cottrell | | | | Date Filed (f) or Converted (c): | 05/20/2015 (f) |
| | Wesley Cottrell | | | | 341(a) Meeting Date: | 06/15/2015 |
| For Period Ending: | 05/15/2017 | | | | Claims Bar Date: | 10/16/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 3100 Meadowsedge Lane, Joliet, Il 60436 | 130,333.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking / Savings Account Numark Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account First Midwest Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. Tv & Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Normal Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance Policies Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2013 Buick Verano Numark Credit Union | 12,775.00 | 0.00 | | 0.00 | FA |
| 9. 2004 Chevrolet Colorado Numark Credit Union | 5,975.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Honda Goldwing (Motorcycle) | 3,930.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Chevrolet Silverado (Pick-Up) | 4,150.00 | 0.00 | | 0.00 | FA |
| 12. Inheritance (u) | Unknown | 26,000.00 | | 26,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $158,563.00 | $26,000.00 | | $26,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has received $26,000 in return for abandoning claims in the probate estate. The Trustee will be reviewing claims and preparing a final report.

Initial Projected Date of Final Report (TFR): 06/30/2015     Current Projected Date of Final Report (TFR): 12/01/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Case 15-17742  Doc 34  Filed 05/24/17  Entered 05/24/17 15:41:39  Desc Main
Document  Page 9 of 11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 15-17742 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Maria P. Cottrell | Bank Name: | Associated Bank |
| | Wesley Cottrell | Account Number/CD#: | XXXXXX1452 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4203 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/16 | 12 | Annie Williams | Settlement Payment | 1229-000 | $26,000.00 | | $26,000.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.15 | $25,963.85 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.36 | $25,926.49 |
| 03/24/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $2,867.92 | $23,058.57 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($2,852.87) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($15.05) | 2200-000 | | | |
| 03/24/17 | 5002 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $7,390.00 | $15,668.57 |
| 03/24/17 | 5003 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp, Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $6,049.22 | $9,619.35 |
| | | | ($25.47) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order.  ($6,023.75) | 7100-000 | | | |
| 03/24/17 | 5004 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Distribution | | | $3,679.11 | $5,940.24 |
| | | | ($15.49) | 7990-000 | | | |

Page Subtotals: $26,000.00  $20,059.76

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-17742 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Maria P. Cottrell | Bank Name: Associated Bank |
| Wesley Cottrell | Account Number/CD#: XXXXXX1452 |
| | Checking |
| Taxpayer ID No: XX-XXX4203 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital Recovery V, Llc | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($156.06) 7100-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($2,152.41) 7100-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($1,355.15) 7100-000 | | | |
| 03/24/17 | 5005 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $968.97 | $4,971.27 |
| | | | | ($4.08) 7990-000 | | | |
| | | American Express Bank, Fsb | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($964.89) 7100-000 | | | |
| 03/24/17 | 5006 | Maria P. Cottrell and Wesley Cottrell | Distribution of surplus funds to debtor. | 8200-002 | | $4,971.27 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,000.00 | $26,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,000.00 | $26,000.00 |
| Less: Payments to Debtors | $0.00 | $4,971.27 |
| Net | $26,000.00 | $21,028.73 |

Page Subtotals: $0.00  $5,940.24

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1452 - Checking | $26,000.00 | $21,028.73 | $0.00 |
| | $26,000.00 | $21,028.73 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,000.00 |
| Total Gross Receipts: | $26,000.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*